UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHRISTOPHER M. DAVIS,

        Plaintiff,

  v.

SAN JOSE POLICE DEPARTMENT, et. al.,

        Defendants.

No. 1:13-CV-3524 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order filed September 5, 2013, the court found that plaintiff had failed to state a claim. The court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. Accordingly, this case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: October 28, 2013.

                      NANDOR J. VADAS
                      United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Davis3524.dis.wpd

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHRISTOPHER M. DAVIS,            No.1:13-CV-03524 NJV (PR)

    Plaintiff,

v.                                              **CERTIFICATE OF SERVICE**

SAN JOSE POLICE DEPARTMENT, et al,

    Defendants.
                                       /

    I, the undersigned, hereby certify that on October 28, 2013, I served a true and correct copy of Docket No. 5 by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Christopher M Davis
DTD 940
150 W Hedding Street
San Jose, CA 95110

Dated: October 28, 2013

                                   /s/ *Linn Van Meter*
                                       Linn Van Meter
                                 Administrative Law Clerk to the
                                 Honorable Nandor J. Vadas