UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHRISTOPHER M. DAVIS,

    Plaintiff,

  v.

SAN JOSE POLICE DEPARTMENT, et. al.,

    Defendants.

No. 1:13-CV-3524 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order filed September 5, 2013, the court found that plaintiff had failed to state a claim. The court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. Accordingly, this case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: October 28, 2013.

    NANDOR J. VADAS
    United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Davis3524.dis.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTOPHER M. DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE DEPARTMENT, et al,<br><br>        Defendants.                                    / | No.1:13-CV-03524 NJV (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on October 28, 2013, I served a true and correct copy of Docket No. 5 by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Christopher M Davis
DTD 940
150 W Hedding Street
San Jose, CA 95110


Dated:  October 28, 2013


                        /s/   *Linn Van Meter*
                           Linn Van Meter
                    Administrative Law Clerk to the
                    Honorable Nandor J. Vadas

2